**David A. HENDERSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41342.**

Missouri Court of Appeals,
Western District.

July 3, 1989.

Gary William Smith, Sedalia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and TURNAGE and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief after a hearing.

Affirmed. Rule 84.16(b).